# United States District Court
## Violation Notice

CVB Location Code: CS-1

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6 43281 | PEREZ | 2515 |

6843281

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 20190726 2038 | TITLE 18 SEC 13 |

Place of Offense: WASHINGTON ST. Adj. Bldg. 681, MCRD SAN DIEGO, 92140

Offense Description: Factual Basis for Charge — HAZMAT ☐
CVC: 4000(A)(1) EXPIRED REGISTRATION

### DEFENDANT INFORMATION

Last Name: ALMUTAIRI   SAUD   E

Tag No: 8CTU692   State: CA   Year: 2015   Make/Model: MRZ/FC   Color: GREY

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 130 Total Collateral Due

### YOUR COURT DATE

Court Address: 333 WEST BROADWAY, SAN DIEGO, CA 92101

X Defendant Signature: [signed]

(Rev. 09/2015)

---

## STATEMENT OF PROBABLE CAUSE

I state that on 26 JULY, 2019 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/26/2019   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident